UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSEPH L. CARPTENTER, an individual;<br><br>　　　　　Plaintiff,<br>　　v.<br><br>\<myschool.com\>, a domain name;<br><br>　　　　　Defendant. | Case No.: 1:15-CV-00212-AJT-JFA |

**DECLARATION OF STEVEN RINEHART DESCRIBING COMPLIANCE WITH COURT ORDER REGARDING PUBLICATION OF NOTICE**

I, STEVEN RINEHART, declare the following:

1. I am a member of the bar of this Court, and counsel of record for Plaintiff Joseph Carpenter in this action. I have personal knowledge of the information set forth below.

2. On February 23, 2015, the Court entered an Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb) (the "Order").

3. A copy of the Order was published in *The Washington Times* on February 26, 2015 as required by the Order, and a copy of the publication is attached hereto as Exhibit A.

4. A copy of the Order and Complaint commencing this case was also emailed to the registrant of the domain \<myschool.com\> on March 3, 2015. A copy of that email is attached hereto as Exhibit B.

5. Pursuant to paragraph 4(c) of the Order, the registrant of \<y8.org\> is required to appear or otherwise plead in this matter no later than March 19, 2015 or risk entry of default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 3rd day of March, 2015.

/s/ Steven Rinehart
Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2015 a copy of the foregoing **NOTICE OF COMPLIANCE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

      This document is being sent via international mail to:

PRIVACYDOTLINK CUSTOMER 228930  
PO Box 30485  
Seven Mile Beach, Grand Cayman  
KY1-1202  
Cayman Islands

                              /s/ Steven Rinehart  
                              Steven Rinehart