**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

Case No.: 1:15.CV.00212-AJT-JFA

JOSEPH L. CARPTENTER, an individual:
Plaintiff
v.
<myschool.com>. a domain name;
Defendant.

**ORDER TO PUBLISH NOTICE OF ACTION
PURSUANT TO
15 U.S.C. § 1125(D)(2)(A)(ii)(II)(bb)**

Upon consideration of Plaintiffs Ex Parte Motion for Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(A)(ii)(II)(bb), it is hereby **ORDERED:**

1. That a copy of this Order by published in The Washington Times once within 14 days after entry of this Order, and an affidavit shall be filed on Plaintiffs behalf, no later than 21 days after the entry of the Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff mail via the US Postal Service a copy of the Complaint and this

    Order to the registrant at:
    PRIVACYDOTLINK CUSTOMER 228930
    PO Box 30485
    Grand Cayman, KYI-1202
    Cayman Islands

3. That Plaintiff email a copy of the Complaint and this Order to the registrant of the domain <myschool.com> at 228930@privacv-link.com.

4. Thai the domain name <myschool.com> is hereby advised that:

(a) Plaintiff has charged that the domain name <myschool.com in a complaint with a violation of the Antieybersquattin Consumer Protection Act (ACPA). a copy of other complaint may be obtained by Plaintiff's attorney, Steven Rinehart, at 110 S. Regent Street, Suite 200, Salt Lake City, UT 84111, whose telephone number is 801-347-5173, and whose email is steve@uspatentlaw.us.

(b) In the event that Plaintiff prevails against the Disputed Domain in this action, remedies could include forfeiture of the Disputed Domain and transfer of the Disputed Domain to Plaintiff.

(c) Any answer or othr response to the complaint should be filed with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within 21 days from the date of publication of this Order in The Washington Times. If no appearance or pleading is filed as required by this Order, this Court may render judgment against the Disputed Domain which could include the transfer of the Disputed Domain to Plaintiff.

ENTERED this the 23rd day of February, 2015

s/s John F. Anderson
United States Magistrate Judge

February 26, 2015 Ad14814515

Ad shown is not actual print size