**Steven Rinehart**

| | |
|---|---|
| **From:** | Steven Rinehart <stevenrinehart13@yahoo.com> |
| **Sent:** | Tuesday, March 03, 2015 5:47 PM |
| **To:** | 228930@privacy-link.com |
| **Subject:** | Summons and Complaint - 1:15-CV-00212 |
| **Attachments:** | summonsandcomplaint.pdf |

To PRIVACYDOTLINK:

Please find attached a complaint being served upon you pursuant to an order of the US District Court for the Eastern District of Virginia.

Steven Rinehart
Attorney at Law

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.