**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER, an individual; <br><br> Plaintiff, <br> v. <br><br> <myschool.com>, a domain name; <br><br> Defendant. | ) <br> ) <br> ) Case No.: 1:15-CV-212-AJT/JFA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# MOTION TO STRIKE REFERENCES TO THE UDRP IN REGISTRANT'S PLEADINGS

Plaintiff, by and through its attorney, hereby moves the Court to strike references to UDRP proceedings from the Registrant's Answer and Counterclaims, pursuant to Federal Rule of Civil Procedure 12(f), with a brief in support.

DATED this the 26th day of March, 2015.

/s/ _____

Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2015 a copy of the foregoing **MOTION TO STRIKE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                    /s/ Steven Rinehart
                                                    Steven Rinehart