**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPTENTER, an individual;<br><br>    Plaintiff,<br> v.<br><br>&lt;myschool.com&gt;, a domain name;<br><br>    Defendant. | Case No.: 1:15-CV-212- JFA |

## **STIPULATION OF DISMISSAL OF COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant myschool.com and Plaintiff Joseph L. Carptenter hereby stipulate to the dismissal of Defendant myschool.com's counterclaims, in their entirety, ***without prejudice***.

Stipulated and agreed to this 30th day of June, 2015

              /s/ Attison L. Barnes, III /s/
             Attison L. Barnes, III (VA Bar No. 30458)
             David E. Weslow (Pro Hac Vice)
             Ari S. Meltzer (Pro Hac Vice)
             Rebecca L. Saitta (VA Bar No. 65408)
             WILEY REIN LLP
             1776 K St. NW
             Washington, DC 20006
             (202) 719-7000 (phone)
             (202) 719-7049 (fax)
             abarnes@wileyrein.com
             dweslow@wileyrein.com
             rsaitta@wileyrein.com

             *Counsel for Defendant/Counter-Plaintiff
             MYSCHOOL.COM*

/s/ Steven Rinehart /s/
Steven Rinehart (VSB No. 81738)
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 347-5173
Fax: (801) 665-1292
steve@uspatentlaw.us

*Counsel for Plaintiff/Counter-Defendant*
*Joseph Carptenter*

SO ORDERED.

_____
Judge

Date: _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June 2015, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for Plaintiff JOSEPH L. CARPTENTER:

>Steven Rinehart, Esq.
>110 S. Regent Street
>Suite 200
>Salt Lake City, Utah 84111
>steve@uspatentlaw.us

>    /s/ Attison L. Barnes, III /s/
>Attison L. Barnes, III (VA Bar No. 30458)
>WILEY REIN LLP
>1776 K St. NW
>Washington, DC 20006
>(202) 719-7000 (phone)
>(202) 719-7049 (fax)
>abarnes@wileyrein.com
>
>*Counsel for Defendant/Counterclaimant*
>*MYSCHOOL.COM*