**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER, an individual; | ) ) ) Case No.: 1:15-CV-212-AJT/JFA |
| Plaintiff, | ) ) |
| v. | ) ) |
| <myschool.com>, a domain name; | ) ) ) |
| Defendant. | ) ) ) ) |

## MOTION FOR REGISTRY LOCK AND ORDER ENJOING OWV FROM FURTHER ATTEMPTS TO SELL THE *RES*

Plaintiff moves this Court for a registry lock on the domain <myschool.com> pursuant to 15 U.S.C 1125(d)(2)(D), as well as an order enjoining the claimant Original Web Ventures (OWV) from further attempts to sell the *res* during the pendency of this dispute. The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

DATED this the 8th day of July, 2015.

/s/ *[signature]*

Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2015 a copy of the foregoing **MOTION FOR REGISTRY LOCK** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                            /s/ Steven Rinehart
                                            Steven Rinehart