

| 1-800-818-1828 | Buy Domain Names | Sell Domain Names | Domain News | About DNS |

# // MySchool.com

MySchool.com may be available for purchase.

## SUBMIT ANOTHER OFFER

Enter your offer here

**Make Offer**

## YOUR MOST RECENT OFFER
## USD $2,000

You can increase your offer at any time. You can contact Brooke below if you need assistance.

## CONTACT YOUR BROKER

advertised or assigned to anyone other than the intended recipient.

July 01st, 2015

**Brooke Hernandez**                                                               13:02
Hello James,

Hope you are doing well. I just called, and thought I would follow up here as well. I was wondering if you had time later today or tomorrow to quickly chat about myschool.com? Please let me know when would work best for you.

Best Always,

Brooke N. Hernandez

Write a message for Brooke

**Send Message**



**BROOKE N. HERNANDEZ**
DomainNameSales.com
Domain Broker

📱 +1 480-389-3813

💬 BrookeNHernandez

🎧 3080176518

🕗 8:00am - 6:00pm EST

# CONTACT YOUR BROKER

December 18th, 2014

James
how much for this domain myschool.com 17:12

December 19th, 2014

Brooke Hernandez quoted a price of $700,000

Brooke Hernandez
Hello James,

Thank you for your inquiry. My name is Brooke Hernandez, and I am a Domain Broker with DomainNameSales.com. I represent the owner of myschool.com.

I have spoken with my client and they are looking for $700,000.00 based on a quick completion.

If you have any questions or need any further assistance, please let me know.

Review & Respond Online

Brooke N. Hernandez
Domain Broker | DomainNameSales.com
D: 1-480-389-3813
O: 1-345-623-6279
S: BrookeNHernandez
QQ: 3080176518
E: Brooke@DomainNameSales.com

Click here to connect via Twitter, Facebook, LinkedIn

THIS COMMUNICATION, AND ANY PRICE QUOTED HEREIN, IS DIRECTED SOLELY TO THE INTENDED RECIPIENT. ALL PRICING QUOTED IS VALID SOLELY FOR THE INTENDED RECIPIENT FOR 7 DAYS FROM THE DAY IT IS QUOTED OR UNLESS A HIGHER OFFER IS RECEIVED PRIOR TO ACCEPTANCE BY THE INTENDED RECIPIENT. ALL PRICING IS IN USD UNLESS OTHERWISE NOTED. AVAILABILITY OF DOMAINS CAN CHANGE AT ANY TIME FOR ANY REASON. THIS COMMUNICATION IS CONFIDENTIAL, AND CANNOT BE SHARED, ADVERTISED OR ASSIGNED TO ANYONE OTHER THAN THE INTENDED RECIPIENT.

http://domainnamesales.com/domains-101 06:51

December 22nd, 2014

Brooke Hernandez
Hi James,

Any further thoughts on this?

Review & Respond Online

Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com

Click here to connect via Twitter, Facebook, LinkedIn

THIS COMMUNICATION, AND ANY PRICE QUOTED HEREIN, IS DIRECTED SOLELY TO THE INTENDED RECIPIENT.  ALL PRICING QUOTED IS VALID SOLELY FOR
THE INTENDED RECIPIENT FOR 7 DAYS FROM THE DAY IT IS QUOTED OR UNLESS A HIGHER OFFER IS RECEIVED PRIOR TO ACCEPTANCE BY THE INTENDED RECIPIENT.  ALL PRICING IS IN USD UNLESS OTHERWISE NOTED. AVAILABILITY
OF DOMAINS CAN CHANGE AT ANY TIME FOR ANY REASON. THIS COMMUNICATION IS CONFIDENTIAL, AND CANNOT BE SHARED, ADVERTISED OR ASSIGNED TO ANYONE OTHER THAN THE INTENDED RECIPIENT.

12:48

December 25th, 2014

**Brooke Hernandez**
James,

I was wondering if you had a maximum offer/budget you would like me to keep on file incase anything changes?

We have been able to acquire domains for great prices with this method, and I highly recommend it.

Please give me a call if you have any questions or to submit your offer to keep on record: 1-800-818-1828.

Review & Respond Online

Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com

Click here to connect via Twitter, Facebook, LinkedIn

THIS COMMUNICATION, AND ANY PRICE QUOTED HEREIN, IS DIRECTED SOLELY TO THE INTENDED RECIPIENT.  ALL PRICING QUOTED IS VALID SOLELY FOR THE INTENDED RECIPIENT FOR 7 DAYS FROM THE DAY IT IS QUOTED OR UNLESS A HIGHER OFFER IS RECEIVED PRIOR TO ACCEPTANCE BY THE INTENDED RECIPIENT.  ALL PRICING IS IN USD UNLESS OTHERWISE NOTED. AVAILABILITY OF DOMAINS CAN CHANGE AT ANY TIME FOR ANY REASON. THIS COMMUNICATION IS CONFIDENTIAL, AND CANNOT BE SHARED, ADVERTISED OR ASSIGNED TO ANYONE OTHER THAN THE INTENDED RECIPIENT.

13:12

December 30th, 2014

**Brooke Hernandez**
Hi James,

What about paying for this domain over time?

A small down payment, then monthly payments. I have worked with some companies to make owning a domain a very palatable monthly marketing expense rather than a large sum upfront.

What do you think?

PS: We can get creative on a payment schedule or try and make something work. We should brainstorm together...

Review & Respond Online

Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com


Click here to connect via Twitter, Facebook, LinkedIn


THIS COMMUNICATION, AND ANY PRICE QUOTED HEREIN, IS DIRECTED SOLELY TO THE INTENDED RECIPIENT.  ALL PRICING QUOTED IS VALID SOLELY FOR THE INTENDED RECIPIENT FOR 7 DAYS FROM THE DAY IT IS QUOTED OR UNLESS A HIGHER OFFER IS RECEIVED PRIOR TO ACCEPTANCE BY THE INTENDED RECIPIENT.  ALL PRICING IS IN USD UNLESS OTHERWISE NOTED. AVAILABILITY OF DOMAINS CAN CHANGE AT ANY TIME FOR ANY REASON. THIS COMMUNICATION IS CONFIDENTIAL, AND CANNOT BE SHARED, ADVERTISED OR ASSIGNED TO ANYONE OTHER THAN THE INTENDED RECIPIENT.

12:50

January 07th, 2015

Brooke Hernandez
Hello James,

Any further thoughts on this?

Brooke Hernandez

Review & Respond Online

Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com


Click here to connect via Twitter, Facebook, LinkedIn

THIS COMMUNICATION, AND ANY PRICE QUOTED HEREIN, IS DIRECTED SOLELY TO THE INTENDED RECIPIENT.  ALL PRICING QUOTED IS VALID SOLELY FOR THE INTENDED RECIPIENT FOR 7 DAYS FROM THE DAY IT IS QUOTED OR UNLESS A HIGHER OFFER IS RECEIVED PRIOR TO ACCEPTANCE BY THE INTENDED RECIPIENT.  ALL PRICING IS IN USD UNLESS OTHERWISE NOTED. AVAILABILITY OF DOMAINS CAN CHANGE AT ANY TIME FOR ANY REASON. THIS COMMUNICATION IS CONFIDENTIAL, AND CANNOT BE SHARED, ADVERTISED OR ASSIGNED TO ANYONE OTHER THAN THE INTENDED RECIPIENT.

12:54

January 19th, 2015

**Brooke Hernandez**
Hi James,

Time definitely flies. It has already been a month since you contacted me about myschool.com.

I think it is time we had a serious discussion about launching your project, and using the power of this domain to do it.

I have a few ideas on how to make this possible.

Review & Respond Online
Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com


Click here to connect via Twitter, Facebook, LinkedIn

19:27

February 17th, 2015

**Brooke Hernandez**
James,

I was thinking about you when I was going over some older opportunities specifically regarding myschool.com.

I really think this domain would be a perfect fit for your business.

Do you have a couple of minutes for me to tell you why?

My schedule is yours.

Review & Respond Online
Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com


Click here to connect via Twitter, Facebook, LinkedIn


20:31

March 19th, 2015

Brooke Hernandez
Hello James,

I hope you're doing well. I was hoping for five minutes of your precious time to tell you about the power of domains, and what they have done to revolutionize businesses all over the world.

Possibly, what they can do for yours.

Just 5 minutes.

When can we talk?

Review & Respond Online
Brooke N. Hernandez

Domain Broker | DomainNameSales.com
D: 1-480-389-3813

O: 1-345-623-6279

S: BrookeNHernandez

QQ: 3080176518

E: Brooke@DomainNameSales.com


Click here to connect via Twitter, Facebook, LinkedIn


22:04

June 29th, 2015

James made an offer of $1,000

James made an offer of $2,000

James
Did this domain just get listed? I have been looking at it for quite some time without a response.
Thank you,
Dr. James Dunnavant 19:37

June 30th, 2015

Brooke Hernandez
Hello James,

Hope you are doing well. I just called, and thought I would follow up here as well. I was wondering if you had time later today or tomorrow to quickly chat about myschool.com? Please let me know when would work best for you.

Best Always,

Brooke N. Hernandez
Domain Broker | DomainNameSales.com

Office: +1 949 416 2555 (x6279)
Direct: +1 480 389 3813
QQ: 3080176518
Skype: BrookeNHernandez

This communication, and any price quoted herein, is directed solely to the intended recipient. All pricing quoted is valid solely for the intended recipient for 7 days from the day it is quoted or unless a higher offer is received prior to acceptance by the intended recipient. All pricing is in USD unless otherwise noted. Availability of domains can change at any time for any reason.

This communication is confidential, and cannot be shared, advertised or assigned to anyone other than the intended recipient.

10:14

James
Hello,
I will try to give you a call tomorrow to discuss further.

Thank you 12:04

Brooke Hernandez
Hi James,

What time would work best for you?

Review & Respond Online

Brooke N. Hernandez
Domain Broker | DomainNameSales.com

Office: +1 949 416 2555 (x6279)
Direct: +1 480 389 3813
QQ: 3080176518
Skype: BrookeNHernandez

This communication, and any price quoted herein, is directed solely to the intended recipient. All pricing quoted is valid solely for the intended recipient for 7 days from the day it is quoted or unless a higher offer is received prior to acceptance by the intended recipient. All pricing is in USD unless otherwise noted. Availability of domains can change at any time for any reason. This communication is confidential, and cannot be shared, advertised or assigned to anyone other than the intended recipient.

12:08

James
I will try to call you at about 1pm PST. 15:24

Brooke Hernandez
Hi James,

I look forward to speaking with you then.

Review & Respond Online

Brooke N. Hernandez
Domain Broker | DomainNameSales.com

Office: +1 949 416 2555 (x6279)
Direct: +1 480 389 3813
QQ: 3080176518
Skype: BrookeNHernandez

This communication, and any price quoted herein, is directed solely to the intended recipient. All pricing quoted is valid solely for the intended recipient for 7 days from the day it is quoted or unless a higher offer is received prior to acceptance by the intended recipient. All pricing is in USD unless otherwise noted. Availability of domains can change at any time for any reason. This communication is confidential, and cannot be shared, advertised or assigned to anyone other than the intended recipient.

16:09

July 01st, 2015

Brooke Hernandez
Hello James,

Hope you are doing well. I just called, and thought I would follow up here as well. I was wondering if you had time later today or tomorrow to quickly chat about myschool.com? Please let me know when would work best for you.

Best Always,

Brooke N. Hernandez
Domain Broker | DomainNameSales.com

Office: +1 949 416 2555 (x6279)
Direct: +1 480 389 3813
QQ: 3080176518
Skype: BrookeNHernandez

This communication, and any price quoted herein, is directed solely to the intended recipient. All pricing quoted is valid solely for the intended recipient for 7 days from the day it is quoted or unless a higher offer is received prior to acceptance by the intended recipient. All pricing is in USD unless otherwise noted. Availability of domains can change at any time for any reason. This communication is confidential, and cannot be shared, advertised or assigned to anyone other than the intended recipient.

13:02

James
I just called and must have missed you. I will try again tomorrow.