**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER,    )<br>                             )<br>          Plaintiff,         )<br>     v.                       )<br>                             )<br><myschool.com>,          )<br>                             )<br>          Defendant.        )<br>                             )  | Case No.: 1:15-CV-212-AJT/JFA |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.1, Plaintiff Joseph L. Carpenter respectfully moves the Court to substitute counsel in this matter. Plaintiff requests that David Ludwig and the law firm of Dunlap Bennett & Ludwig PLLC be substituted for the current counsel of record Steven L. Rinehart and the law firm of Western IP Law and that Mr. Rinehart be permitted to withdraw as counsel in this matter. The Defendant does not oppose the requested substitution. The parties agree to waive a hearing on this matter.

WHEREFORE, Plaintiff Joseph L. Carpenter asks that David Ludwig and the law firm of Dunlap Bennett & Ludwig PLLC be substituted as counsel for him in this matter.

DATED this the 16th day of July 2015.

                                            /s/
                                      David Ludwig (VSB No. 73157)
                                      *Counsel for Plaintiff*
                                      Dunlap Bennett & Ludwig, PLLC
                                      211 Church Street, SE
                                      Leesburg, VA 20175
                                      Telephone: (703) 777-7319
                                      Fax: (703) 777-3656
                                      Email: dludwig@dbllawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Attison L. Barnes, III
>Wiley Rein LLP (DC)
>1776 K St, NW
>Washington, DC 20006
>(202) 7197000
>Fax: 2027197049
>Email: abarnes@wileyrein.com
>
>Rebecca Lynn Saitta
>Wiley Rein LLP (McLean)
>7925 Jones Branch Dr
>Suite 6200
>McLean, VA 22102
>7039052800
>Fax: 7039052820
>Email: rsaitta@wileyrein.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

>David E. Weslow
>Wiley Rein LLP (DC)
>1776 K St, NW
>Washington, DC 20006
>202.719.7525
>Fax: 202.719.7049
>Email: dweslow@wileyrein.com

>/s/
>David Ludwig (VSB No. 73157)
>*Counsel for Plaintiff*
>Dunlap Bennett & Ludwig, PLLC
>211 Church Street, SE
>Leesburg, VA 20175
>Telephone: (703) 777-7319
>Fax: (703) 777-3656
>Email: dludwig@dbllawyers.com