IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D

JUL 1 7 2015

CLERK. U.S. DISTRICT COURT
ALEXANDRIA. VIRGINIA

JOSEPH L. CARPTENTER,          )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 1:15cv0212 (JFA)
                               )
MYSCHOOL.COM,                  )
                               )
          Defendant.           )
_____)

## ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present

argument on plaintiff's Rule 12(c) Motion for Judgment on the Pleadings as to Answer and

Counterclaims or to Strike in the Alternative (Docket no. 59).  Prior to considering the arguments

of counsel, the court granted defendant's Motion for Leave to File Surreply to Motion for

Judgment on the Pleadings or to Strike (Docket no. 75) from the bench.  Accordingly, upon

consideration of plaintiff's motion, the memorandum in support (Docket no. 60), defendant's

opposition (Docket no. 69), plaintiff's reply (Docket no. 70), and defendant's surreply (Docket

no. 76-1), it is hereby

ORDERED that plaintiff's Rule 12(c) Motion for Judgment on the Pleadings as to

Answer and Counterclaims or to Strike in the Alternative is denied.

Entered this 17th day of July, 2015.

                                        _____/s/_____
                                        John F. Anderson
                                        United States Magistrate Judge
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia