# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria, Virginia

| | |
|---|---|
| **JOSEPH L. CARPENTER,** | ) Case No.: 1:15-CV-212-AJT/JFA |
| Plaintiff, | ) |
| v. | ) |
| <myschool.com>, | ) |
| Defendant. | ) |

## CONSENT MOTION FOR WITHDRAWAL OF THE APPEARANCE OF DUNLAP BENNETT & LUDWIG, PLLC AS COUNSEL FOR JOSEPH L. CARPENTER

David Ludwig, Christina M. Heischmidt, Eric Olavson, and the law firm of Dunlap Bennett & Ludwig, PLLC (hereinafter, collectively, the "Firm") respectfully request leave for the Firm and its attorneys to withdraw as counsel for Plaintiff Joseph L. Carpenter in the above-styled action. This Motion is based on facts that are set forth more fully in the Supporting Memorandum, filed contemporaneously herewith. The Plaintiff consents and intends to represent himself *pro se*. Defendant will not be filing an opposition to this Motion.

WHEREFORE, the Firm respectfully requests that the Court enter an Order granting Dunlap Bennett & Ludwig, PLLC, and all attorneys associated with Dunlap Bennett & Ludwig, PLLC leave to withdraw as counsel for Plaintiff Joseph L. Carpenter in this matter.

By: /s/ David Ludwig
David Ludwig (VSB #73157)
Christina M. Heischmidt (VSB #80463)
DUNLAP BENNETT & LUDWIG PLLC

                      211 Church Street, SE
                      Leesburg, VA  20175
                      Telephone: 703-777-7319
                      Facsimile: 703-777-3656
                      dludwig@dbllawyers.com
                      cheischmidt@dbllawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2015, the foregoing Motion to Withdraw was filed and served electronically by the Court's CM/ECF system upon all registered users:

> Attison L. Barnes, III
> Wiley Rein LLP (DC)
> 1776 K Street, NW
> Washington, DC 20006
> (202) 719-7000 (t)
> (202) 719-7049 (f)
> abarnes@wileyrein.com
>
> Rebecca Lynn SAita
> Wiley Rein LLP (McLean)
> 7925 Jones Branch Drive
> Suite 6200
> McLean, VA 22102
> (703) 905-2800 (t)
> (703) 905-2820 (f)
> rsaitta@wileyrein.com

I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

> David E. Weslow
> Wiley Rein LLP (DC)
> 1776 K Street, NW
> Washington, DC 20006
> (202) 719-7000 (t)
> (202) 719-7049 (f)
> dweslow@wileyrein.com
>
> Joseph L. Carpenter
> 6460 Sapphire St.
> Las Vegas, Nevada 89108

>    /s/
> David Ludwig (VSB #73157)
> DUNLAP BENNETT & LUDWIG PLLC
> 211 Church Street, SE
> Leesburg, VA  20175
> Telephone: 703-777-7319
> Facsimile: 703-777-3656
> dludwig@dbllawyers.com