IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JOSEPH L. CARPENTER,** | ) Case No.: 1:15-CV-212-AJT/JFA |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| &lt;myschool.com&gt;, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |
| | ) |

**[PROPOSED] CONSENT ORDER FOR WITHDRAWAL
OF THE APPEARANCE OF DUNLAP BENNETT & LUDWIG, PLLC
AS COUNSEL FOR PLAINTIFF JOSEPH L. CARPENTER**

Upon consideration of Dunlap Bennett & Ludwig PLLC's Motion to Withdraw as counsel for Plaintiff Joseph L. Carpenter in this matter, and seeing that the Plaintiff consents and wishes to represent himself *pro se* and the Defendant in this case will not be filing an opposition to requested withdrawal of counsel but does oppose any additional relief requested by Plaintiff, it is hereby

ORDERED that said motion is GRANTED, and that David Ludwig, Christina M. Heischmidt, Eric Olavson, and any other attorneys of the law firm of Dunlap Bennett & Ludwig, PLLC that have appeared in this matter are withdrawn as counsel for Plaintiff in this matter. Service shall be effective upon Plaintiff if mailed to 6460 Sapphire St., Las Vegas, Nevada 89108, and it is further

ORDERED that a status conference is hereby set for September ___, 2015 to discuss Defendant's opposition to Plaintiff's request for certain relief under the Protective Order in this case.

_____
John F. Anderson
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2015, the foregoing Proposed Order was filed and served electronically by the Court's CM/ECF system upon all registered users:

> Attison L. Barnes, III
> Wiley Rein LLP (DC)
> 1776 K Street, NW
> Washington, DC 20006
> (202) 719-7000 (t)
> (202) 719-7049 (f)
> abarnes@wileyrein.com
>
> Rebecca Lynn SAita
> Wiley Rein LLP (McLean)
> 7925 Jones Branch Drive
> Suite 6200
> McLean, VA 22102
> (703) 905-2800 (t)
> (703) 905-2820 (f)
> rsaitta@wileyrein.com

I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

> David E. Weslow
> Wiley Rein LLP (DC)
> 1776 K Street, NW
> Washington, DC 20006
> (202) 719-7000 (t)
> (202) 719-7049 (f)
> dweslow@wileyrein.com
>
> Joseph L. Carpenter
> 6460 Sapphire St.
> Las Vegas, Nevada 89108

>          __/s/_____
>          David Ludwig (VSB #73157)
>          DUNLAP BENNETT & LUDWIG PLLC
>          211 Church Street, SE
>          Leesburg, VA  20175
>          Telephone: 703-777-7319
>          Facsimile: 703-777-3656
>          dludwig@dbllawyers.com