IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSEPH L. CARPENTER, )
)
        Plaintiff, )
)
v. )   Civil Action No. 1:15cv0212 (JFA)
)
MYSCHOOL.COM, )
)
        Defendant. )
)

## ORDER

On September 4, 2015, plaintiff's counsel filed a motion to withdraw (Docket no. 121) and the defendant filed a motion for summary judgment (Docket no. 122) and a motion to seal (Docket no. 125). It appearing to the court that a telephone conference with current counsel and with the plaintiff would be helpful in resolving the pending motion to withdraw and to discuss scheduling matters, it is hereby

ORDERED that the parties arrange a mutually convenient time for a conference call with current counsel, the plaintiff, and the court.

Entered this 9th day of September, 2015.

                                                        /s/
                                           John F. Anderson
                                           United States Magistrate Judge
                                           John F. Anderson
                                           United States Magistrate Judge

Alexandria, Virginia