IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSEPH L. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv0212 (JFA) |
| ) | |
| MYSCHOOL.COM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 11, 2015, counsel for the parties and plaintiff appeared telephonically before the court to present argument on plaintiff counsel's motion to withdraw (Docket no. 121) and to discuss other scheduling matters. Upon consideration of the motion and the representations by counsel for the parties and plaintiff, it is hereby

ORDERED that plaintiff counsel's motion to withdraw is granted. As further discussed, pursuant to Local Civil Rule 7(K)(1), *pro se* plaintiff is given **twenty-one (21) days from September 11, 2015** to file an opposition to defendant's motion for summary judgment (Docket no. 122), and defendant's reply to plaintiff's opposition is due on **October 9, 2015**. The court will hear argument on the defendant's motion for summary judgment and motion to seal (Docket no. 125) on **October 26, 2015 at 10:00 a.m**. Accordingly, the bench trial date of October 26, 2015 is vacated and will be rescheduled as necessary.

Entered this 14th day of September, 2015.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia