**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER, an individual; | ) ) ) Case No.: 1:15-CV-212-AJT/JFA |
| Plaintiff, | ) ) |
| v. | ) ) |
| <myschool.com>, a domain name; | ) ) ) |
| Defendant. | ) ) ) ) |

**NOTICE OF REPLACEMENT MEMORANDUM TO MOTION TO SEAL**

Plaintiff Joseph Carpenter, through counsel undersigned, notices all parties and the Court that a replacement of Plaintiff's Memorandum in Support of Plaintiff's Motion to Seal is filed with this Notice.

The original memorandum did not contain referencing to governing case law as required by Local Rule 5. Plaintiff's counsel replaces the original supporting memorandum with that attached.

DATED this the 3rd day of October, 2015.

/s/ *[signature]*

Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 3, 2015 a copy of the foregoing **NOTICE OF CORRECTION AND REFILING** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

             /s/ Steven Rinehart
             Steven Rinehart