**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER, an individual; | ) |
| | ) |
| | ) Case No.: 1:15-CV-212-AJT/JFA |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| <myschool.com>, a domain name; | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## <u>MOTION TO REOPEN LIMITED FACT DISCOVERY</u>

Plaintiff moves this Court to reopen limited fact discovery with respect to the date Original Web Ventures (OWV) received actual notice of Plaintiff's mark (Reg. No. 3,358,160) and the First UDRP case by filed by Plaintiff in 2010 against the previous registrant of the *res* domain name <myschool.com>.

The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

DATED this the 14th day of October, 2015.

/s/ _____

Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2015 a copy of the foregoing **MOTION TO REOPEN LIMITED FACT DISCOVERY** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<u>/s/ Steven Rinehart</u>
Steven Rinehart