**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSEPH L. CARPENTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>MYSCHOOL.COM, an Internet Domain Name,<br><br>　　　Defendant. | Case no. 1:15cv212-JFA |

## DEFENDANT'S NOTICE OF MOTION

　　　PLEASE BE ADVISED THAT on Monday, October 26, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant MYSCHOOL.COM, by counsel, will move pursuant to Local Rule 5 for leave to file a redacted version of Defendant's Opposition to Plaintiff's Cross- Motion for Summary Judgment and Exhibit B thereto, in accordance with the accompanying motion and memorandum.

| | |
|---|---|
| Dated October 19, 2015 | MYSCHOOL.COM |
| | By counsel |
| | /s/ Attison L. Barnes, III |
| | Attison L. Barnes, III (VA Bar No. 30458)<br>David E. Weslow (Pro Hac Vice)<br>Ari S. Meltzer (Pro Hac Vice)<br>Rebecca L. Saitta (VA Bar No. 65408)<br>Brian H. Pandya (VA Bar No. 72233) |
| | WILEY REIN LLP<br>1776 K St. NW<br>Washington, DC 20006<br>(202) 719-7000 (phone)<br>(202) 719-7049 (fax)<br>abarnes@wileyrein.com<br>dweslow@wileyrein.com<br>ameltzer@wileyrein.com<br>rsaitta@wileyrein.com<br>bpandya@wileyrein.com |
| | Counsel for Defendant MYSCHOOL.COM |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of October 2015, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for Plaintiff JOSEPH L. CARPENTER:

Steven Rinehart
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Email: steve@uspatentlaw.us

      /s/ Attison L. Barnes /s/
      Attison L. Barnes, III (VA Bar No. 30458)
      WILEY REIN LLP
      1776 K St. NW
      Washington, DC 20006
      (202) 719-7000 (phone)
      (202) 719-7049 (fax)
      abarnes@wileyrein.com

      *Counsel for Defendant MYSCHOOL.COM*